ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC 19 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KHALED MIR | Criminal Information<br><br>No. 1:19-CR-524 |

THE U.S. ATTORNEY CHARGES THAT:

### Count One
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a)

From on or about January 1, 2015 through May 7, 2019, in the Northern District of Georgia, the defendant, KHALED MIR, did intentionally traffic in labels, patches, stickers, wrappers, badges, emblems, medallions, charms, boxes, containers, cans, cases, hangtags, documentation, and packaging, and did knowingly use a counterfeit mark, on and in connection with such items, which was a spurious mark identical to and substantially indistinguishable from a mark that was in use and registered for those goods on the principal register of the United States Patent and Trademark Office, and the use of that counterfeit mark was likely to cause confusion, to cause mistake, and to deceive, for the following items with the following counterfeit marks:

| Trafficked Items | Counterfeit Mark |
|---|---|
| Polo by Ralph Lauren sew-in neck labels | Polo by Ralph Lauren logo |

| Champion iron-on cloth insignia | The word "Champion" in a stylized font where the letter "C" contains a vertical bar |
| --- | --- |
| Gucci sew-in neck labels | The word GUCCI in stylized font |
| Lacoste sew-in neck labels | The word "Lacoste" and a green alligator |
| UGG sew-in labels | The letters "UGG" in stylized form, the middle "G" larger than the flanking "U" and "G" |
| Nike neck tags | Stylized curved line design |

all in violation of Title 18, United States Code, Section 2320(a).

## Forfeiture

Upon conviction of the offense alleged in Count One of this Information, defendant KHALED MIR shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2323, all property, the making of which is prohibited under Title 18, United States Code, Section 2320; all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations; and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

2

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property or seek a money judgment against said defendant for any amount that would constitute the proceeds of such violation.

BYUNG J. PAK
*United States Attorney*

JILL E. STEINBERG
  *Assistant United States Attorney*
Georgia Bar No. 502042

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303
404-581-6000; Fax: 404-581-6181